**E-FILED**
Monday, 27 March, 2006  10:30:22 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHNNIE L. PIPPINS,           )
                              )
          Petitioner,         )
                              )
     v.                       )          Case No. 06-4013
                              )
JERRY BURT, WARDEN,           )
                              )
          Respondent.         )

# O R D E R

Before the Court is Johnnie Pippins' Motion to Reconsider [Doc. # 5]. Previously, this Court noted that it did not appear Petitioner had any state court postconviction petition or appeal pending after 2003. It is now apparent that Petitioner has a pending post-conviction case in state court. While the pendency of this state court petition tolls the one-year limitation period for filing a section 2254 petition, this Court does not have jurisdiction to hear Petitioner's claims until he has finished his appeals in his state case. See 28 U.S.C. § 2254 (b)(1)(A) (an application for writ of habeas corpus on behalf of person in custody pursuant to the judgment of state court shall not be granted unless it appears that the applicant has exhausted the remedies available in the state courts). Accordingly, Petitioner's Motion to Reconsider is GRANTED IN PART and DENIED IN PART. The Court's previous dismissal is modified to be without prejudice to Petitioner refiling his petition after he has exhausted his appeals in his state post-conviction case.

Entered this   24th   day of March, 2006.


                              s/ Joe B. McDade
     _____
                         JOE BILLY McDade
                    United States District Judge